IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)

| | | |
|---|---|---|
| MING CHEN,<br>Plaintiff<br>V.<br><br>JOSEPH B. EDLOW, Director,<br>U.S. Citizenship and Immigration Services<br><br>and<br><br>ANGELA KLAPAKIS, Director,<br>Philadelphia Field Office<br>U.S. Citizenship and Immigration Services<br><br>and<br><br>DAVID METCALF, U.S. Attorney,<br>Eastern District of Pennsylvania<br><br>and<br><br>TODD BLANCHE, Attorney General<br>of the United States<br><br>and<br><br>MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security<br><br>Defendants | ) | **Case No. 2:26-cv-7297** |

## PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND MANDAMUS RELIEF

The plaintiff, Ming Chen, by and through undersigned counsel, files this Complaint against the defendants seeking an order pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §§555(b), 706(1), and 706(2), and the Mandamus and Venue Act ("Mandamus Act"), 28 U.S.C. §1361, compelling the defendants to adjudicate

the plaintiff's Form N-400, Application for Naturalization ("Form N-400"), which has been unreasonably delayed since August 5, 2025.

## INTRODUCTION

1. The plaintiff has been a lawful permanent resident since March 14, 2014, after being granted asylum.

2. Upon eligibility, the plaintiff filed his Form N-400 on August 5, 2025.

3. The plaintiff appeared before the USCIS Philadelphia Field Office on January 22, 2026[1], for his citizenship interview and successfully passed the requisite testing.

4. Pursuant to the USCIS Policy Manual, USCIS has 120 days from the date of the naturalization interview to issue a decision. More than 120 days have now elapsed without determination.

5. To date, the plaintiff's Form N-400 remains pending within the jurisdiction of the defendants, who have failed and refused to adjudicate the application in accordance with federal law. Multiple status inquiries submitted to USCIS have been unsuccessful.

6. As a direct result of the defendants' failure to act, the plaintiff has been denied the rights, benefits, and statutory privileges accorded to lawful permanent residents of the United States.

[1] Attached as Exhibit "A" is the notice for the January 22, 2026, interview.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §1331 (federal question) as this action arises under the APA, 5 U.S.C. §701 *et seq*., and the Mandamus Act, 28 U.S.C. §1361.

6. Venue is proper in this district pursuant to 28 U.S.C. §1391(e)(1)(C) because the defendants are officers or employees of the United States acting in their official capacities, no real property is involved, and the plaintiff resides at 616 Brown Street, Philadelphia, Pennsylvania 19123, within the Eastern District of Pennsylvania.

## PARTIES

7. The plaintiff is a citizen of the People's Republic of China and a continuous resident of Pennsylvania for more than two years. Since entering the United States, the plaintiff has resided exclusively within the United States.

8. The defendant, Joseph B. Edlow, is sued in his official capacity as Director of USCIS. Director Edlow is charged with overseeing the administration of immigration benefits and the adjudication of applications, including Form N-400.

9. The defendant, Angela Klapaksi, is sued in her official capacity as Director of the USCIS Philadelphia Field Office. Director Klapakis holds delegated authority to control USCIS operations within the Philadelphia District, including the final adjudication of Form N-400 applications filed by area residents.

10. The defendant, David Metcalf, is sued in his official capacity as the United States Attorney for the Eastern District of Pennsylvania. In this capacity, U.S. Attorney Metcalf is charged with determining questions of law under the of the Immigration and Nationality Act ("INA") pursuant to 8 U.S.C. §1103(a)(1) and representing the United States in Eastern District of Pennsylvania litigation.

11. The defendant, Todd Blanche, is sued in his official capacity as Attorney General of the United States. In this capacity, the Attorney General is charged with determining questions of law under the INA pursuant to 8 U.S.C. §1103(a)(1) and representing the United States in litigation.

12. The defendant, Markwayne Mullen, is sued in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS"). In this capacity, Secretary Mullin is charged with the administration and enforcement of the INA pursuant to 8 U.S.C. §1103(a).

**FACTUAL BACKGROUND**

12. On August 5, 2025, the plaintiff submitted his Form N-400.

13. The plaintiff has fulfilled all procedural requirements, including successfully passing all examinations at his January 22, 2026, interview. USCIS currently possesses all information necessary to adjudicate the application.

14. The defendants have failed to issue a final decision on the application.

15. Neither the APA nor the Mandamus Act requires exhaustion of administrative remedies prior to initiating judicial review. Nevertheless, the plaintiff has repeatedly attempted to resolve this delay administratively by placing formal status inquiries with USCIS on at least two separate occasions.

16. To date, the defendants have taken no definitive action, leaving the plaintiff's Form N-400 pending for an unreasonable period well beyond standard processing times.

**COUNT I**
**VIOLATION OF THE ADMINISTRATIVE PROCEDURE ACT**
**(5 U.S.C. §§555(b), 706(1), and 706(2))**

18. The plaintiff incorporates by reference the above paragraphs 1 through 17 as though fully set forth herein.

19. Under the APA, federal administrative agencies are required to conclude matters presented to them "within a reasonable time." 5 U.S.C. §555(b).

20. The APA empowers reviewing courts to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

21. The APA further authorizes courts to hold unlawful and set aside agency action that is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. 5 U.S.C. §706(2)(A). An agency's "failure to act" constitutes reviewable agency action under 5 U.S.C. §551(13).

22. The defendants' failure to adjudicate the plaintiff's Form N-400 since August 5, 2025—a period exceeding normal processing parameters—constitutes an unreasonable delay and action unlawfully withheld under the APA.

23. The defendants' inaction is arbitrary, capricious, and an abuse of discretion, entitling the plaintiff to judicial relief under 5 U.S.C. §706.

**COUNT II**
**MANDAMUS ACT**
**(28 U.S.C. §1361)**

24. The plaintiff incorporates by reference the above paragraphs 1 through 23 as though fully set forth herein.

25. The Mandamus Act, 28 U.S.C. §1361, grants district courts original jurisdiction over any action in mandamus to compel an officer or employee of the United States or an agency thereof to perform a duty owed to the plaintiff.

26. The defendants owe the plaintiff a nondiscretionary statutory duty under the INA and its implementing regulations to adjudicate his Form N-400 within a reasonable timeframe.

27. The plaintiff has a clear right to the adjudication of his application, the defendants have a clear duty to act, and the plaintiff has no other adequate alternative legal remedy available.

28. The defendants' continued inaction and refusal to adjudicate the application warrant and order of mandamus compelling the defendants to process and render a decision on the plaintiff's Form N-400 immediately.

**PRAYER FOR RELIEF**

**WHEREFORE**, the plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the defendants as follows:

(a) Declare that the defendants' failure to adjudicate the plaintiff's Form N-400 within a reasonable time constitutes an unreasonable delay under 5 U.S.C. §555(b) and agency action unlawfully withheld under 5 U.S.C. §706(1);

(b) Issue a Writ of Mandamus or permanent injunction directing the defendants to complete all processing and render a final adjudication on the plaintiff's Form N-400 within 30 days of the Court's order;

(c) Award the plaintiff reasonable attorneys' fees and costs incurred in bringing this action pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, or other applicable authority; and,

(d) Grant such other and further relief as the Court deems just, equitable, and proper.

Respectfully submitted,

/s/ Todd E. Henry

THE HENRY LAW FIRM
By: Todd Edward Henry, Esquire
1500 Walnut Street, Suite 1060
Philadelphia, PA 19102
(215) 545-7100 (office)
(215) 545-6611 (fax)
dlombardo@thehenryfirm.biz
Attorney for Plaintiff

DATE: September 22, 2026

**LIST OF EXHIBITS**

Exhibit A Interview Notice for January 22, 2026

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0933314537 | 097666841374 | N400 - APPLICATION FOR NATURALIZATION |
| Received Date<br>08/05/2025 | Priority Date | Applicant A205 375 261<br>CHEN, MING |
| Notice Date<br>12/17/2025 | Page<br>1 of 1 | |

MING CHEN
616 BROWN ST
PHILADELPHIA PA 19123

**Please come to:**

30 NORTH 41ST STREET
USCIS
PHILADELPHIA, PA 19104
USA

**On (Date):** Thursday, January 22, 2026
**At (Time):** 02:35PM

Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability. For more information and to find study materials for the naturalization test, visit the Citizenship Resource Center at uscis.gov/citizenship.

**You MUST BRING the following with you to the interview:**

- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;

- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;

- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at as soon as possible, **even if you indicated on your application that you require an accommodation.**

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

PHILADELPHIA FIELD OFFICE
U.S. CITIZENSHIP & IMMIGRATION SVC
30 NORTH 41ST STREET
PHILADELPHIA PA 19104

**USCIS Contact Center: www.uscis.gov/contactcenter**

A Number

Receipt Number

# EXHIBIT "A"

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**